# JOHN M. MURPHY, JR., P.C.
## ATTORNEY AT LAW

3 Country Club Lane
Colts Neck, NJ 07722
Tel: (732) 739-4100
Fax: (732) 409-9992

60 Bay Street, Suite 711
Staten Island, NY 10301
Tel: (718) 442-4052
Fax: (718) 448-8685
Email: jmurphylaw@aol.com

JOHN M. MURPHY, JR.*
*ADMITTED NY AND NJ
NIKOLE PEZZULLO OF COUNSEL*

United States District Court
<u>Southern District of New York</u>

United States of America

    -against-

Mutholib Sanni

Notice of Appearance

1:07-mj-01142-UA-2

---

    John M Murphy, Jr. hereby enters an appearance as counsel for Mutholib Sanni in the caption matter.

Dated: August 8, 2007

*[signature]*
John M Murphy, Jr.